# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DWAYNE BOLTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. SMITH, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 10-8176-JST (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint and this action without prejudice.

DATED: April 16, 2012　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE