JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DWAYNE BOLTON,<br><br>  Plaintiff,<br><br>  v.<br><br>C SMITH, et al.,<br><br>  Defendants. | Case No. CV 10-8176-JST (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: April 17, 2012

_____

HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE